Petitioner is allowed until April 25, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-8784. Adebayo O. T. Fayiga, Petitioner v. Kyra Sophia Cassagnol, et al.**

563 U.S. 916, 131 S. Ct. 1844, 179 L. Ed. 2d 771, 2011 U.S. LEXIS 2720, ■

April 4, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until April 25, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-8794. Louis G. Antonellis, Petitioner v. Cumberland County Schools Board of Education, et al.**

563 U.S. 916, 131 S. Ct. 1844, 179 L. Ed. 2d 771, 2011 U.S. LEXIS 2685.

April 4, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until April 25, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-9069. Brother Yhwh H. Monroe, Petitioner v. Nancy Krippel, et al.**

563 U.S. 916, 131 S. Ct. 1844, 179 L. Ed. 2d 771, 2011 U.S. LEXIS 2744, ■

April 4, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until April 25, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-9253. Abe B. Evans, Petitioner v. United States.**

563 U.S. 916, 131 S. Ct. 1844, 179 L. Ed. 2d 771, 2011 U.S. LEXIS 2665.

April 4, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until April 25, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-9742 (10A955). Daniel Wayne Cook, Petitioner v. Arizona.**

563 U.S. 916, 131 S. Ct. 1847, 179 L. Ed. 2d 771, 2011 U.S. LEXIS 2817.

April 4, 2011. The application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, is granted pending the disposition of the petition for a writ of certiorari. Should the petition for a writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for a writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court.